# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0523

_____

JAQUOIA COLLINS,

> Petitioner,

v.

STATE OF FLORIDA,

> Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

May 29, 2024

PER CURIAM.

DENIED.

ROWE, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jaquoia Collins, pro se, Petitioner.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Respondent.